UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PRADEEP REDDY, and<br>BINDU REDDY,<br><br>Plaintiffs,<br><br>v.<br><br>C. CHANNA REDDY, and<br>C. USHARANI REDDY,<br><br>Defendants. | Case No. 25-cv-01310-JPG |

**MEMORANDUM AND ORDER**

This case is before the Court on Plaintiffs Pradeep Reddy and Bindu Reddy's request for an additional six months to effectuate service on Defendants C. Channa Reddy and C. Usharani Reddy, who live in India (Doc. 19). The Court held a status conference regarding the request on October 6, 2026.

Federal Rule of Civil Procedure 4(m), which requires service within 90 days after the complaint is filed, does not apply to foreign service. However, because the Court has inherent authority to manage its docket, the time for foreign service is not unlimited. *Nylok Corp. v. Fastener World Inc.*, 396 F.3d 805, 807 (7th Cir. 2005); *O'Rourke Bros. Inc. v. Nesbitt Burns, Inc.*, 201 F.3d 948, 952 (7th Cir. 2000). The Court may dismiss a case for failure to effectuate foreign service under Federal Rule of Civil Procedure 41(b) when the delay is so long that it signifies a failure to prosecute. *O'Rourke Bros. Inc.*, 201 F.3d at 951–52.

Here, the Court finds that the delay meets that standard. This case has been pending since July 1, 2025. In a Memorandum and Order, entered March 18, 2026, the Court notified Plaintiffs that they must proceed with service under the Hague Convention and gave them an additional six months to do so. Since that time, Plaintiffs have not even taken the first step toward effecting

formal service in India under the Hague Convention, which is to send a request to the Ministry of Law and Justice.[1] Accordingly, the Court **DISMISSES** this case **without prejudice** for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995). It **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**: **October 6, 2026**

**J. PHIL GILBERT**
**United States District Judge**

[1] India Judicial Assistance Information, U.S. DEP'T OF STATE, https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/India.html (last visited Oct. 6, 2026); India – Central Authority & Practice Information, HAGUE CONF. ON PRIV. INT'L L., https://www.hcch.net/index.cfm?oldlang=en&act=authorities.details&aid=712 (last visited Oct. 6, 2026).