UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PRADEEP REDDY, and
BINDU REDDY,

Plaintiffs,

v.

C. CHANNA REDDY, and
C. USHARANI REDDY,

Defendants.

Case No. 25-cv-01310-JPG

**JUDGMENT**

This matter having come before the Court, and the plaintiffs having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: October 6, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**